IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| William Ferrara | ) | Civil Action No.: 0:09-cv-2112-RMG-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Michael E Hunt, et al. | ) | |
| | ) | |
| Defendants. | ) | |

---

This matter comes before the Court on appeal from the Magistrate Judge's denial of a Motion for Extension of Time. (Dkt. No. 124). The Motion for Extension of Time is granted in accordance with the following terms:

1. <u>Discovery</u>: Discovery shall be completed no later than **November 13, 2011**. All discovery requests shall be served in time for the responses thereto to be served by this deadline. De bene esse depositions must be completed by discovery deadline. No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02.

2. <u>Mediation</u>: The parties are directed to conduct mediation no later than **November 28, 2011**.

3. <u>Dispositive Motions</u>: All dispositive motions shall be filed on or before **December 13, 2011**.

**AND IT IS SO ORDERED**.

Richard Mark Gergel
United States District Court Judge

October 13, 2011
Charleston, South Carolina